No. 00–1884. MORGAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–1885. JUNCO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–1886. BISHOP v. BAYLOR UNIVERSITY. C. A. 5th Cir. Certiorari denied.

No. 00–1887. STELZNER ET UX. v. COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 00–1888. ARIZONA v. DONALD. Ct. App. Ariz. Certiorari denied.

No. 00–1889. DONOHOO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–1890. YASA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1891. SAMSON ET AL. v. APOLLO RESOURCES, INC., DBA APOLLO SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1892. BURKS v. DEPARTMENT OF ARIZONA ECONOMIC SECURITY, EMPLOYMENT TAX AUDIT OFFICE-MESA. C. A. 9th Cir. Certiorari denied.

No. 00–1893. MARTIN, DBA J & L SERVICES, ET AL. v. STITES ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1895. VOGEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–1896. WATTS v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1897. COOPER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1898. ENGLISH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.